# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DAMIAN A. WILK,                )
                                  )
           Plaintiff,         )
                                  )
        v.                  )  Civil Case No. 07-1257 (RJL)
                                  )
DISTRICT OF COLUMBIA,    )
                                  )
          Defendant.     )

## FINAL JUDGMENT
### (August 6, 2010)

For the reasons set forth in the Memorandum Opinion entered this date, it is hereby

**ORDERED** that the defendant's Motion for Summary Judgment [#17] is **GRANTED**, and it is further

**ORDERED** that the above-captioned case be **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge